UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

QUINCY JAY PLESSY,
ADC #149962                                                                                              PLAINTIFF

V.                                      5:16CV00276 JM/JTR

RORY GRIFFIN, Deputy Director of
Health and Correctional Programs,
Arkansas Department of Correction, et al.                                          DEFENDANTS

### ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plessy's motion for a preliminary injunction (Doc. 7) is DENIED.

2. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

Dated this 1st day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE