UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

QUINCY JAY PLESSY,
ADC #149962                                                                                    PLAINTIFF

V.                            5:16CV00276 JM/JTR

RORY GRIFFIN, Deputy Director of
Health and Correctional Programs, ADC, et al.                                    DEFENDANTS

## ORDER

The Court has reviewed the recommendation submitted by United States Magistrate Judge J. Thomas Ray and the objections. After carefully considering these documents and making a *de novo* review of the record in this case, the Recommendation is approved and adopted in its entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Griffin, Watson, and Wendy Kelley's Motion for Summary Judgment (Doc. 35) is GRANTED as to Griffin and DENIED as to Watson and Wendy Kelley.

2. Dr. Stieve and Jason Kelley's' Motion for Summary Judgment (Doc. 38) is GRANTED as to Dr. Stieve and DENIED as to Jason Kelley.

3. Plessy's Cross-Motion for Summary Judgment (Doc. 45) is denied.

4. Plessy's claims against Griffin and Dr. Stieve are DISMISSED WITHOUT PREJUDICE.

5. Plessy may proceed with his inhumane working condition claim against Watson, Wendy Kelley, Jason Kelley, and Bland.

Dated this 22nd day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE