UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

QUINCY JAY PLESSY,
ADC #149962                                                                                    PLAINTIFF

V.                                    5:16CV00276 JM/JTR

JASON KELLEY, Health Services Administrator,
Varner Unit, ADC, et al.                                                                       DEFENDANTS

**JUDGMENT**

Consistent with the Order entered separately today, this case is DISMISSED WITHOUT PREJUDICE.

Dated this 30th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE